IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**UNITED STATES OF AMERICA**

v.  Criminal No. **3:07CR85**

**DAVID MEYERS,**

Petitioner.

## MEMORANDUM OPINION

Petitioner, a federal inmate proceeding *pro se*, submitted this motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence ("§ 2255 Motion," ECF No. 114). By Memorandum Order entered on February 8, 2018, the Court directed Petitioner to submit his § 2255 Motion on the standardized form for filing a § 2255 motion. On March 5, 2018, the United States Postal Service returned the February 8, 2018 Memorandum Order to the Court marked, "RETURN TO SENDER" and "ATTEMPTED - NOT KNOWN." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

A certificate of appealability will be DENIED.

An appropriate Order shall issue.

/s/
M. Hannah Lauck
United States District Judge

Date: APR 24 2018
Richmond, Virginia